UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:18-CV-14097-ROSENBERG/MAYNARD

JUAN CARLOS GIL,

    Plaintiff,

v.

ST. LUCIE COUNTY,

    Defendant.

_____/

**ORDER STAYING CASE AND DIRECTING THE CLERK
OF THE COURT TO CLOSE THIS CASE FOR STATISTICAL PURPOSES**

THIS CAUSE is before the Court upon the parties' Joint Motion to Stay [DE 15]. The Court has carefully considered the Motion and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The parties' Joint Motion to Stay [DE 15] is **GRANTED** and this case is **STAYED** through **June 14, 2018** to allow the parties to continue settlement negotiations.

2. The Clerk of the Court is directed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**. This closure shall not affect the merits of any party's claim.

3. Any party may move for the stay imposed by this Order to be lifted or extended.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 16th day of May, 2018.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE